UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:<br><br>FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Actions* | MASTER FILE<br><br>1:06-MD-1789 (JFK) |

### ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name:  Craig A. Thompson

    Firm Name:  Venable LLP

    Address:  Two Hopkins Plaza, Suite 1800

    City/State/Zip:  Baltimore, Maryland  21201

    Telephone/Fax:  (410) 244-7400/(410) 244-7742

    Email Address:  cathompson@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: May 7, 2008

New York, New York

                                             *[signature: John F. Keenan]*
                                                      United States District Judge